IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CURTIS WAYNE DALE SMITH, JR.                                                              PLAINTIFF

v.                                         Case No. 24-cv-4018

JANA TALLANT                                                                              DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 17. Judge Bryant recommends that Defendant's Motion for Summary Judgment Regarding Failure to Exhaust Administrative Remedies (ECF No. 11) should be denied because the record is inconclusive as to whether Plaintiff appropriately exhausted his administrative remedies. Defendant filed a timely objection, arguing that the record demonstrates that Plaintiff failed to exhaust his administrative remedies prior to filing this action. ECF No. 19.

Upon de novo review, the Court hereby adopts Judge Bryant's R&R (ECF No. 17) in toto. Accordingly, Defendant's Motion for Summary Judgment (ECF No. 11) is hereby **DENIED**.

**IT IS SO ORDERED**, this 20th day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge